# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| ARTAVIUS WILLIAMS and ERICA WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CV 226-097 |

**ORDER**

Before the Court is Plaintiffs' motion to remand this case to state court. Dkt. No. 14. For the reasons stated below, the motion is **GRANTED**.

Plaintiffs initiated this insurance action in the State Court of Glynn County, Georgia, on July 28, 2026. Dkt. No. 1-1 at 1. On September 9, 2026, Defendant removed the case to this Court on the basis of diversity jurisdiction. Dkt. No. 1 at 3. On October 5, 2026, the parties filed a Stipulation as to Damages, agreeing that the damages Plaintiffs seek in this action do not exceed $75,000.00. Dkt. No. 11. Thereafter, Plaintiffs moved to remand the action to state court. Dkt. No. 14. In their motion, Plaintiffs argue that one of the two requirements for diversity jurisdiction, i.e. amount in

controversy, is not met. Id. Defendant does not oppose the motion to remand. Dkt. No. 15.

Due to the parties' stipulation that the $75,000 amount-in-controversy threshold for diversity jurisdiction is not met, the Court lacks subject matter jurisdiction to decide this case. Therefore, Plaintiffs' motion to remand, dkt. no. 14, is **GRANTED.** This case is hereby **REMANDED** to the State Court of Glynn County, Georgia.

**SO ORDERED**, this 16 day of October, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA